IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GLENN SWINDELL, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF SONOMYA,<br><br>        Defendant. | Case No. 15-CV-00897-SC<br><br>ORDER REQUIRING A SUPPLEMENTAL DECLARATION IN SUPPORT OF THE PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF <u>J.S.</u> |

On June 25, 2015, Magistrate Judge Westmore issued an order <u>requiring</u> a supplemental declaration with J.S.'s birthdate. ECF No. 12. The supplemental declaration was due within seven (7) days of the June 25th order, yet nothing has been filed. On June 29, 2015, the case was reassigned to this Court. ECF No. 15. Plaintiffs are hereby ORDERED to comply the June 25th order within five (5) days of the signature date of this order.

IT IS SO ORDERED.

Dated: July 9, 2015

_____
UNITED STATES DISTRICT JUDGE