ARNOLDO CASILLAS, ESQ., SBN 158519
DENISSE O. GASTÉLUM, ESQ., SBN 282771
**CASILLAS, MORENO & ASSOCIATES**
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone:  (323) 725-0917
Facsimile:    (323) 725-0350
Email: acasillas@morenolawoffices.com
        dgastelum@morenolawoffices.com

Attorneys for Plaintiffs, ESTATE OF GLENN SWINDELL,
G.S., M.S., J.S., DEBORAH BELKA and TYLER SWINDELL

JONATHAN D. MELROD, ESQ., SBN 136441
1313 Scheibel Ln.
Sebastopol, CA 95472
Telephone: (415) 806-0154
E/Mail: jonathan4536@sbcglobal.net

Attorney for Plaintiff, SARAH SWINDELL

# UNITED STATE DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GLENN SWINDELL, by and through successors in interest; et al, | CASE NO. 15-CV-897 SC |
| Plaintiffs, | [~~PROPOSED~~] ORDER APPOINTING SARAH SWINDELL AS GUARDIAN AD LITEM FOR PLAINTIFF M.S. |
| vs. | |
| COUNTY OF SONOMA,  DOES 1 through 10, inclusive, | |
| Defendants. | |

////

////

1

**[PROPOSED] ORDER APPOINTING SARAH SWINDELL AS GUARDIAN AD LITEM FOR PLAINTIFF M.S.**

1      **GOOD CAUSE APPEARING,**

2      **It is hereby ordered that Sarah Swindell is appointed Guardian Ad Litem for**

3 **the minor Plaintiff M.S. for all purposes in the above-entitled matter.**

4      **IT IS SO ORDERED.**

5 Respectfully Submitted,

6

7 DATED: July __22__, 2015        By: _____

                                           HON. SAMUEL CONTI

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**[PROPOSED] ORDER APPOINTING SARAH SWINDELL AS GUARDIAN AD LITEM**
**FOR PLAINTIFF M.S.**