IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESETATE OF GLENN SWINDELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 15-CV-897-SC <br><br> ORDER DENYING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF J.S. |

Now before the Court is Deann Walund's petition for appointment as guardian ad litem for plaintiff J.S.. ECF No. 9. On July 10, 2015, Plaintiffs' attorney filed a declaration stating that Plaintiff J.S. turned eighteen on July 7, 2015. ECF No. 18. Because Plaintiff J.S. is not a minor, the petition is DENIED.

IT IS SO ORDERED.

Dated: July 22, 2015

_____
UNITED STATES DISTRICT JUDGE