UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF GLENN SWINDELL, et al.,

    Plaintiffs,

    v.

COUNTY OF SONOMA,

    Defendants.

Case No. 15-cv-00897-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 22, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: October 28, 2016.

DESIGNATION OF EXPERTS: 11/11/16; REBUTTAL: 11/30/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 27, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 3, 2017;
    Opp. Due: February 17, 2016; Reply Due: February 24, 2017;
    and set for hearing no later than March 10, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 6, 2017 at 3:30 PM.

JURY TRIAL DATE: June 19, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8 days days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Parties shall participate in private mediation by April 8, 2016.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 1/15/16

SUSAN ILLSTON
United States District Judge