Arnoldo Casillas, State Bar No. 158519
Denisse O. Gastélum, State Bar No 282771
CASILLAS & ASSOCIATES
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone: (323) 725-0917
Facsimile: (323) 725-0350
Email: acasillas@casillaslegal.com
       dgastelum@casillaslegal.com

Attorneys for Plaintiffs
ESTATE OF GLENN SWINDELL,
G.S., M.S., J.S., DEBORAH BELKA
and TYLER SWINDELL

Jonathan D. Melrod, State Bar No. 136441
1313 Scheibel Lane
Sebastopol, CA 95472
Telephone: (415) 806-0154
Email: jonathan4536@sbcglobal.net

Attorneys for Plaintiff
SARAH SWINDELL

Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
Edward F. Sears, State Bar No. 297775
BERTRAND, FOX, ELLIOT,
OSMAN & WENZEL
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Bruce D. Goldstein, State Bar No. 135970
County Counsel
Joshua A. Myers, State Bar No. 250988
Deputy County Counsel
OFFICE OF THE SONOMA
COUNTY COUNSEL
575 Administration Drive, Room 105A
Santa Rosa, CA 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
Email: joshua.myers@sonoma-county.org

Attorneys for Defendant
COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GLENN SWINDELL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 15-cv-00897 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION COMPLIANCE DEADLINE** |

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above captioned matter that the deadline for the parties to participate in private mediation be continued from April 8, 2016 to April 20, 2016 and the Case Management Conference currently set for April 22, 2016, be continued to

May 6, 2016, or a date thereafter that is convenient for the court.

The requested continuances are necessary because the parties' mediator of choice, the Honorable Raul Ramirez, is not available on a mutually agreeable date until April 20, 2016. The parties are currently scheduled to participate in a mediation on April 20, 2016. Thus, the parties request the deadline to participate in private mediation be continued from April 8, 2016 to April 20, 2016.

Furthermore, the April 20, 2016 mediation is scheduled just two days prior to the April 22, 2016 Case Management Conference. In the interest of conserving judicial and attorney resources, the parties request that the Case Management Conference be continued to May 6, 2016, or such other date thereafter as is convenient for the court, so that the parties may meaningfully apprise the court of the results of mediation.

For the reasons set forth above, the parties stipulate to continue the deadline for the parties to participate in private mediation to April 20, 2016 and continue the Case Management Conference to May 6, 2016 or a date thereafter as is convenient to the court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 31, 2016					CASILLAS & ASSOCIATES

						By   /s/ *Arnoldo Casillas*
						ARNOLDO CASILLAS
						DENISSE O. GASTÉLUM
						Attorneys for Plaintiffs
						ESTATE OF GLENN SWINDELL, G.S.,
						M.S., J.S., TYLER SWINDELL,
						and DEBORAH BELKA

Dated: March 31, 2016					JONATHAN D. MELROD, ESQ.

						By:   /s/ *Jonathan D. Melrod*
						JONATHAN D. MELROD
						Attorney for Plaintiff
						SARAH SWINDELL

Dated: March 31, 2016                    BERTRAND, FOX, ELLIOT,
                                         OSMAN & WENZEL

                                         By:    /s/ *Richard W. Osman*
                                              Thomas F. Bertrand
                                              Richard W. Osman
                                              Edward F. Sears
                                              Attorneys for Defendant
                                              COUNTY OF SONOMA

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: March 31, 2016                    BERTRAND, FOX, ELLIOT,
                                         OSMAN & WENZEL

                                         By: /s/  *Richard W. Osman*
                                              Richard W. Osman

**[PROPOSED] ORDER**

WHEREFORE, pursuant to stipulation of the parties, it is hereby ordered that the Case Management Conference, currently set for April 22, 2016 be continued to May 6, 2016 and the current mediation compliance deadline of ~~June~~ April 8, 2016 be continued to April 20, 2016.

**IT IS SO ORDERED.**

DATED: 4/1/16

_____
HONORABLE SUSAN ILLSTON