Arnoldo Casillas, State Bar No. 158519
Denisse O. Gastélum, State Bar No 282771
CASILLAS & ASSOCIATES
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone: (323) 725-0917
Facsimile: (323) 725-0350
Email: acasillas@casillaslegal.com
       dgastelum@casillaslegal.com

Attorneys for Plaintiffs
ESTATE OF GLENN SWINDELL,
G.S., M.S., J.S., DEBORAH BELKA
and TYLER SWINDELL


Jonathan D. Melrod, State Bar No. 136441
1313 Scheibel Lane
Sebastopol, CA 95472
Telephone: (415) 806-0154
Email: jonathan4536@sbcglobal.net

Attorneys for Plaintiff
SARAH SWINDELL

Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
Edward F. Sears, State Bar No. 297775
BERTRAND, FOX, ELLIOT,
OSMAN & WENZEL
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Bruce D. Goldstein, State Bar No. 135970
County Counsel
Joshua A. Myers, State Bar No. 250988
Deputy County Counsel
OFFICE OF THE SONOMA
COUNTY COUNSEL
575 Administration Drive, Room 105A
Santa Rosa, CA 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
Email: joshua.myers@sonoma-county.org

Attorneys for Defendant
COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GLENN SWINDELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 15-cv-00897 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above captioned matter that the Case Management Conference currently set for May 6, 2016, be continued to June 24, 2016, or a date thereafter that is convenient for the court.

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
*Estate of Glenn Swindell, et al., v. County of Sonoma, et al.*; USDC Northern District of CA Case No.: 15-cv-00897 SI

In the time since the current case management conference was set for May 6, 2016, a series of motions were scheduled for that same date in Delaware District Bankruptcy Court in Wilmington, Delaware (*In re: Skybridge Spectrum Foundation*, United States Bankruptcy Court for the District of Delaware, Ch. 11 Case No. 16-10626 (CSS)). Richard Osman, lead attorney for the COUNTY OF SONOMA, is now being required to attend the bankruptcy court hearings, scheduled to commence at 1 p.m. on May 6, 2016.

Due to this new scheduling conflict, Mr. Osman consulted this Court for possible alternate dates for the case management conference. He and opposing counsel then selected June 24, 2016 from those dates as being the most convenient for all parties involved.

For the reasons set forth above, the parties stipulate to continue the Case Management Conference to June 24, 2016 or a date thereafter as is convenient to the court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 29, 2016                CASILLAS & ASSOCIATES

By   /s/ *Arnoldo Casillas*
ARNOLDO CASILLAS
DENISSE O. GASTÉLUM
Attorneys for Plaintiffs
ESTATE OF GLENN SWINDELL, G.S., M.S., J.S., TYLER SWINDELL, and DEBORAH BELKA

Dated: April 29, 2016                JONATHAN D. MELROD, ESQ.

By:   /s/ *Jonathan D. Melrod*
JONATHAN D. MELROD
Attorney for Plaintiff
SARAH SWINDELL

Dated: April 29, 2016                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   /s/ *Richard W. Osman*
Richard W. Osman
Edward F. Sears
Attorneys for Defendant
COUNTY OF SONOMA

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: April 29, 2016                    BERTRAND, FOX, ELLIOT,
                                         OSMAN & WENZEL

                                         By: /s/  Richard W. Osman
                                             Richard W. Osman

## [PROPOSED] ORDER

WHEREFORE, pursuant to stipulation of the parties, it is hereby ordered that the Case Management Conference, currently set for May 6, 2016 be continued to __June 24, 2016 @ 3 p.m.__

**IT IS SO ORDERED.**

DATED: 5/2/16

_____
HONORABLE SUSAN ILLSTON