1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GLENN SWINDELL, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. | Case No. 15-cv-00897-SI  (SI) <br><br> **AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 6/23/2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/30/2017.

DESIGNATION OF EXPERTS: 7/7/2017; REBUTTAL: 7/25/2017;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/19/2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/29/2017;
        Opp. Due: 10/13/2017; Reply Due: 10/20/2017;
        and set for hearing no later than 11/3/2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 1/23/2018 at 3:30 PM.

JURY TRIAL DATE: 2/5/2018 at 8:30 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

     **IT IS SO ORDERED**.


Dated: 4/10/2017

_____
SUSAN ILLSTON
United States District Judge