| | |
|---|---|
| Arnoldo Casillas, State Bar No. 158519<br>Denisse O. Gastélum, State Bar No 282771<br>CASILLAS & ASSOCIATES<br>3777 Long Beach Blvd., Third Floor<br>Long Beach, CA 90807<br>Telephone: (562) 203-3030<br>Facsimile: (323) 725-0350<br>Email: acasillas@casillaslegal.com<br>        dgastelum@casillaslegal.com<br><br>Attorneys for Plaintiffs<br>ESTATE OF GLENN SWINDELL,<br>G.S., M.S., J.S., and TYLER SWINDELL | Thomas F. Bertrand, State Bar No. 056560<br>Richard W. Osman, State Bar No. 167993<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, CA 94109<br>Telephone: (415) 353-0999<br>Facsimile: (415) 353-0990<br>Email: rosman@bfesf.com<br><br>Bruce D. Goldstein, State Bar No. 135970<br>County Counsel<br>Joshua A. Myers, State Bar No. 250988<br>Deputy County Counsel<br>OFFICE OF THE SONOMA COUNTY COUNSEL<br>575 Administration Drive, Room 105A<br>Santa Rosa, CA 95403-2815<br>Telephone: (707) 565-2421<br>Facsimile: (707) 565-2624<br>Email: joshua.myers@sonoma-county.org<br><br>Attorneys for Defendants<br>COUNTY OF SONOMA, KEVIN SCANLON, TIMOTHY DUKE, WILLIAM MAHONEY, BRIAN PARKS, ROBERT CRABB, MARK FUSTON, MECHELLE BUCHIGNANI and SCOTT MCKINNON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GLENN SWINDELL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 15-cv-00897-LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear its/his/her own fees and costs.

**IT IS SO STIPULATED.**

Dated: September 7, 2018            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     */s/ Richard W. Osman*
Thomas F. Bertrand
Richard W. Osman
Attorneys for Defendants
COUNTY OF SONOMA, KEVIN SCANLON, TIMOTHY DUKE, WILLIAM MAHONEY, BRIAN PARKS, ROBERT CRABB, MARK FUSTON, MECHELLE BUCHIGNANI and SCOTT MCKINNON

Dated: September 7, 2018            CASILLAS & ASSOCIATES

By:     */s/ Arnoldo Casillas*
Arnoldo Casillas
Denisse O. Gastélum
Attorneys for Plaintiffs
ESTATE OF GLENN SWINDELL, G.S., M.S., J.S., and TYLER SWINDELL

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: September 7, 2018            */s/ Richard W. Osman*
Richard W. Osman

1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY |
| 3 | ORDERED that the above-captioned action be dismissed with prejudice in its entirety as to all |
| 4 | defendants, each side to bear its/his/her own fees and costs. |
| 5 | **IT IS SO ORDERED.** |

Dated: September 7, 2018

_____
UNITED STATES MAGISTRATE JUDGE